SUSAN GOLDNER, Appellant, *v.* HANUS GOLDNER, Respondent.

Submitted February 28, 1955; decided March 3, 1955.

*Louis B. Frutkin* and *Herbert Frutkin* for motion.

*Sidney Roffman* opposed.

Motion dismissed insofar as it seeks leave to appeal from that part of the order of the Appellate Division denying a motion to punish for contempt, upon the ground that said part of said order does not finally determine the action within the meaning of the Constitution; insofar as it seeks leave to appeal from that part of the order of the Appellate Division granting the motion to amend the final decree of separation, this motion is denied upon the ground that the appeal lies as of right.